UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ARRELLO BARNES,

                          Plaintiff,                                      DECISION AND ORDER

                                                                             06-CV-6363L

               v.

ROBERT F. HENDERSON.
JOHN W. BURGE,
GLENN GOORDE,
DONALD SELSKY,

                          Defendants.
_____

    By Decision and Order filed June 19, 2007, the Court granted defendants' motion and dismissed plaintiff's complaint. By motion filed June 27, 2007 (Dkt. # 15), plaintiff moved for reconsideration. Plaintiff's motion to reconsider is in all respects denied.

    IT IS SO ORDERED.

                                                     _____
                                                        DAVID G. LARIMER
                                                    United States District Judge

Dated: Rochester, New York
       July 6, 2007.